(89 South. 303)

### SMITH v. VAUGHN. (6 Div. 427.)

(Supreme Court of Alabama. April 21, 1921.)

Certiorari to Court of Appeals.

Action by M. C. Vaughn against Maggie Smith. A judgment for plaintiff was affirmed by the Court of Appeals (89 South. 302), and defendant petitions for certiorari. Writ denied.

Smith & Morrow, of Birmingham, for appellee.

PER CURIAM. Petition by Maggie Smith, for writ of certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal of Maggie Smith v. M. C. Vaughn, 89 South. 302. Writ denied.